

322 So.2d 733

Marc Wingate HARDING

v.

STATE.

I Div. 458.

Court of Criminal Appeals of Alabama.

July 16, 1974.

Rehearing Granted Oct. 1, 1974.

Affirmed without opinion.

On rehearing, 56 Ala.App. 443, 322 So.2d 733.

Affirmed, 295 Ala. ——, 322 So.2d 734.

Appeal dismissed after return to remand, 56 Ala.App. 729, 322 So.2d 734.

322 So.2d 734

Marc Wingate HARDING

v.

STATE.

I Div. 458.

Court of Criminal Appeals of Alabama.

Sept. 8, 1975.

After return to remand, 56 Ala.App. 443, 322 So.2d 733, rehearing 56 Ala.App. 729, 322 So.2d 733, and affirmed, 295 Ala. ——, 322 So.2d 734, appeal dismissed on motion of appellant and for mootness.

322 So.2d 109

Dennis Wade LOGAN

v.

STATE.

8 Div. 539.

Court of Criminal Appeals of Alabama.

Oct. 1, 1975.

Rehearing Denied Oct. 21, 1975.

After return to remand, Ala.Cr.App., 56 Ala.App. 425, 322 So.2d 108. Affirmed without opinion.

318 So.2d 777

Jerome TARVER

v.

STATE.

5 Div. 256.

Court of Criminal Appeals of Alabama.

June 30, 1975.

Rehearing Denied July 29, 1975.

After return to remand, Ala.Cr.App., 56 Ala.App. 36, 318 So.2d 775. Affirmed without opinion.

Certiorari denied, 294 Ala. 772, 318 So. 2d 777.